# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| DEANDRA RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 8:20-cv-01177-JSM-CPT |
| | ) |
| IMPROVED DATA SERVICES LLC, and | ) |
| UPGRADE LOANS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, DEANDRA RILEY, ("Plaintiff"), through her attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case.

Plaintiff anticipates dismissing this case, with prejudice, within 60 days.

                                                              RESPECTFULLY SUBMITTED,

June 1, 2020                                 By: /s/ Shireen Hormozdi
                                                           Shireen Hormozdi
                                                           State Bar No: 0882461
                                                           Hormozdi Law Firm, LLC
                                                           1770 Indian Trail Lilburn Road, Suite 175
                                                           Norcross, GA 30093
                                                           Tel: 678-395-7795
                                                           Fax: 866-929-2434
                                                           E-mail: shireen@norcrosslawfirm.com
                                                           Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on June 1, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi
Shireen Hormozdi