**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| DEANDRA RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 8:20-cv-01177-JSM-CPT |
| | ) | |
| IMPROVED DATA SERVICES LLC, and | ) | |
| UPGRADE LOANS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, DEANDRA RILEY, ("Plaintiff"), through her attorney, Shireen Hormozdi, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendants, IMPROVED DATA SERVICES LLC and UPGRADE LOANS, INC.

RESPECTFULLY SUBMITTED,

July 29, 2020

By: /s/ Shireen Hormozdi
Shireen Hormozdi
State Bar No: 0882461
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
E-mail: shireen@norcrosslawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on July 29, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi
       Shireen Hormozdi